ORMONT DRUG & CHEMICAL COMPANY, INC. v.
WEIDER DISTRIBUTORS, INC.

November 9, 1976. Petition for certification is granted and the judgment of the Appellate Division is modified.

THE PASSAIC COUNTY DEMOCRATIC COMMITTEE v.
WILLIAM L. KATTAK.

October 12, 1976. Certification to Superior Court, Law Division is granted and the judgment of the Law Division is affirmed.

PAUL CASHEN v. FRANK SPANN.

November 1, 1976. Motion for leave to appeal is granted and the matter is remanded to the Appellate Division. (See 143 *N. J. Super.* 560)